IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
JONATHAN A CHALLENGER

                    Debtor

CASE NO.: 3:16-bk-02170-JAF
Estimated Time: 5 Minutes
Conf. Hrg: 8/23/2016 @ 1:30 pm
Chapter 13

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

1. Per 11 U.S.C. §1325(b)(3), the Debtor's monthly income is higher than the median and pursuant to the "Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income", he has a disposable monthly income of $1,448.81. The Debtor is not providing that amount to the unsecured claims on a monthly basis for 60 months.

2. Per 11 U.S.C. §1325(b)(3), the Debtor has provided a "Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income" which appears to be incorrectly completed. The Debtor may have disposable income which is not being applied to the unsecured creditors. The basis of this objection has been more specifically discussed at the meeting of creditors.

3. The Debtor is proposing to retain non-exempt property which is not necessary for the successful reorganization of the Debtor's financial affairs. Specifically, the Trustee objects to the retention of two vehicles.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By /s/Marsha M. Brown
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar No. 650064
John J. Freeman, Jr. Attorney for Trustee
Florida Bar No. 58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone     (904)358-6465
FAX     (904)634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

 I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 22nd day of July 2016 on the following:

Jonathan A Challenger, 861443 Worthington Drive, Yulee, Florida 32097
Carol Galloway, Esquire, 135 West Adams St., Jacksonville, Florida 32202

*/s/Marsha M. Brown*