

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/23/2016 01:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:16-bk-02170-JAF | 13 | 06/09/2016 |

Chapter 13

**DEBTOR:** Jonathan Challenger

**DEBTOR ATTY:** Carol Galloway

**TRUSTEE:** Douglas Neway

**HEARING:**

Confirmation Hearing

-Objection to Confirmation of Plan Filed by Jeffrey S Fraser on behalf of Creditor Wells Fargo Bank, N.A (related document(s)[9]). (Fraser, Jeffrey) Doc #16

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing

 CONFIRMED ORD/TRUSTEE

-Objection to Confirmation of Plan Filed by Jeffrey S Fraser on behalf of Creditor Wells Fargo Bank, N.A (related document(s)[9]). (Fraser, Jeffrey) Doc #16
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.